IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>STEVEN MCTHAY,<br><br>                  Defendant. | CASE NO.  1:23-CR-00145-ADA-BAM<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Indictment filed on July 20, 2023, and docket as to defendant Steven McThay, be unsealed and become public record, and that the unredacted Indictment remain under seal.

DATED: __Jul 25, 2023__

                                                      HON. STANLEY A. BOONE
                                                      U.S. MAGISTRATE JUDGE