PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MCTHAY,<br><br>Defendants. | CASE NO. 1:23-CR-00145-ADA<br><br>STIPULATION TO VACATE TRIAL; ORDER<br><br>DATE: September 19, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

This case is set for jury trial on September 19, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendant now move to vacate the jury trial set for September 19, 2023, and to exclude time between today's date, August 4, 2023, and August 23, 2023, the date of the status conference, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The parties represent that discovery has been provided and includes reports, audio files, photographs, and other items.

   b) Counsel for defendant desires additional time to further review discovery, discuss potential resolution with defendant and the government, and investigate and prepare for trial.

STIPULATION TO VACATE TRIAL DATE AND EXCLUDE TIME    1

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2023 to August 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 4, 2023                                  PHILLIP A. TALBERT
                                                        United States Attorney

                                                         /s/ STEPHANIE M. STOKMAN
                                                        STEPHANIE M. STOKMAN
                                                        Assistant United States Attorney

STIPULATION TO VACATE TRIAL DATE AND EXCLUDE TIME            2

Dated:  August 4, 2023                         /s/ LAURA MYERS
                                               LAURA MYERS
                                               Counsel for Defendant
                                               STEVEN MCTHAY

IT IS SO ORDERED.

    Dated:   August 4, 2023                    _____
                                               UNITED STATES DISTRICT JUDGE