HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN MCTHAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN MCTHAY<br><br>　　　　　　Defendant. | Case No.  1:23-cr-00145-ADA-BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Steven McThay, that defendant's pretrial release conditions may be modified to include a substance abuse treatment condition providing:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer.
> You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of Mr. McThay's pretrial release shall remain in full force and effect. Pretrial Services Officer Lorena Gallagher supports this proposed modification.

Steven McThay has been under pretrial supervision since July 31, 2023 after being charged with a firearm offenses. Mr. McThay has had no compliance issues since supervision commenced, with the exception that on 01/05/24, he tested positive for cocaine. Defendant has admitted that he had a cocaine problem in the past, that he used cocaine on or about January 2, 2024, and that he is willing to participate in drug counseling and increase drug testing. It should be noted Mr. McThay has been randomly drug tested at a frequency of twice per month since the start of supervision and all prior drug tests have been negative.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 18, 2024

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
STEVEN MCTHAY

McThay: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies defendant Steven McThay's conditions of Pretrial Release to include a substance abuse treatment condition as set forth above. All other conditions of release shall remain in full force and effect.  The defendant is admonished that due to his lack of candor to the pretrial services officer as to his use on January 4, 2024, that any future violations be immediately brought to the attention of the Court, no matter how slight.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

UNITED STATES MAGISTRATE JUDGE

McThay: Stipulation to Modify Pretrial
Release Conditions; Proposed Order