HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN McTHAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN McTHAY<br><br>Defendant. | Case No.  1:23-cr-00145-NODJ-BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER**<br><br>Hon. Eric P. Grosjean |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Steven McThay, that defendant's pretrial release conditions may be modified to adjust the hours of his curfew.

On July 31, 2023, Steven McThay was released under pretrial supervision with a location monitoring condition that generally restricts him to his "residence every day from 9:30 pm to 8:00 am." (Document 16; July 21, 2023; Order Setting Conditions of Release, condition 7(n).)  It is requested the curfew be modified to grant Mr. Mcthay permission to leave his house at 7:30 am, instead of 8 am, Monday-through-Friday, to allow Mr. McThay to walk his children to school which starts at 8:00 am. As modified, the curfew provision of condition 7(n) shall provide:

//

Curfew.   You are restricted to your residence Monday through Friday from 9:30 pm to 7:30 am; on Saturdays and Sundays you are restricted to your residence from 9:30 pm to 8:00 am; or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations.

All other conditions of Mr. McThay's pretrial release shall remain in full force and effect.

Pretrial Services Officer Lorena Gallagher supports this proposed modification.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 12, 2024      */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 12, 2024      */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
STEVEN MCTHAY

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies defendant Steven McThay's curfew as stated above. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 12, 2024**           /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

McThay: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

2