IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MCTHAY, <br><br> Defendant. | Case No.:  1:23-CR-00145-JCC-BAM <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on December 18, 2024, to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: December 18, 2024

Honorable John C. Coughenour
District Court Judge